## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williamson, Marilyn Denise | Case Number:  04 B 09715 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  3/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  May 30, 2008
Confirmed:  June 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,408.80 | |
| Secured: | | 10,281.60 |
| Unsecured: | | 4,459.78 |
| Priority: | | 5,364.62 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,216.23 |
| Other Funds: | | 2,386.57 |
| Totals: | 26,408.80 | 26,408.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 9,968.99 | 9,968.99 |
| 3. | Nationwide Acceptance Corp | Secured | 312.61 | 312.61 |
| 4. | Internal Revenue Service | Priority | 5,364.62 | 5,364.62 |
| 5. | Nationwide Acceptance Corp | Unsecured | 1,056.66 | 1,056.66 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 625.00 | 625.00 |
| 7. | Quick Payday | Unsecured | 400.00 | 400.00 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 2,378.12 | 2,378.12 |
| 10. | Cash Advance | Unsecured | | No Claim Filed |
| 11. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 12. | Household Bank FSB | Unsecured | | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 14. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 15. | National Quick Cash | Unsecured | | No Claim Filed |
| 16. | MCI Residential | Unsecured | | No Claim Filed |
| 17. | Premier Bankcard | Unsecured | | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 19. | Sonic Payday | Unsecured | | No Claim Filed |
| 20. | United Cash Loans | Unsecured | | No Claim Filed |
| | | | $ 22,806.00 | $ 22,806.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 124.55 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williamson, Marilyn Denise

Printed:  6/24/08

Case Number:  04 B 09715

Judge:  Wedoff, Eugene R

Filed:  3/11/04

| | |
|---|---|
| 6.5% | 276.18 |
| 3% | 42.79 |
| 5.5% | 264.86 |
| 5% | 72.02 |
| 4.8% | 149.81 |
| 5.4% | 286.02 |
| | _____ |
| | $ 1,216.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

